JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jane Schubert and Muhlenberg College

### DEFENDANTS
Alexander Isinhue

**(b)** County of Residence of First Listed Plaintiff: **Lehigh County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Orange County, CA**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dennis M. McCarthy, Esq., 645 Hamilton Street, Suite 510, Allentown, PA 18101, 610-435-0450

Attorneys *(If Known)*
Michael J. D'Aniello, Esq., Law Office of Michael J. D'Aniello 509 Swede St, Norristown, PA 19401, 610-270-8800

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [x] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332 and 1446

Brief description of cause:
Defamation, Intentional Infliction Emotional Distress, Trademark Infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** over $75,000
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: July 17, 2024
SIGNATURE OF ATTORNEY OF RECORD: /s/ Michael J. D'Aniello, Esq. (attorney ID 38362)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

THE LAW OFFICE OF MICHAEL J. D'ANIELLO
BY:  MICHAEL J. D'ANIELLO, ESQUIRE
ATTORNEY I.D. NO.  38362
EMAIL: michael@daniellolaw.com
BY:  JANINE D. MARTIN, ESQUIRE
ATTORNEY I.D. NO. 307224
EMAIL: janine@daniellolaw.com
509 SWEDE STREET
NORRISTOWN, PENNSYLVANIA 19401
(610) 270-8800                                                    ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| JANE SCHUBERT and | : **IN THE UNITED STATES DISTRICT COURT** |
| MUHLENBERG COLLEGE | : **EASTERN DISTRICT OF PENNSYLVANIA** |
| Plaintiffs | : No. |
| v. | : |
| ALEXANDER ISINHUE | : |
| Defendant. | : |

## NOTICE OF REMOVAL

Defendant Alexander Isinhue, by and through his undersigned counsel, hereby files this Notice of Removal of this case to the United States District Court for the Eastern District of Pennsylvania and avers the following:

1. Plaintiffs Jane Schubert and Muhlenberg College initiated this action on October 10, 2023.  In that Original Complaint, the defendant was "John Doe."

2. On June 5, 2024, Plaintiffs filed an Amended Complaint naming Mr. Isinhue as the defendant.

3. On June 19, 2024, Mr. Isinhue was served with a copy of the Amended Complaint by personal service.

4. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days from the date of original service on Mr. Isinhue.

5. Mr. Isinhue is now (and was at the time of the initiation of this Action) a resident of the state of California and has been a resident of California at all times relevant to this Action.

6. The amount in controversy in this Action is in excess of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, in that Plaintiffs allege in their Complaint four separate claims, two claims for each Plaintiff, with alleged damages for each claim in excess of $50,000.00, including treble damages, punitive damages, and attorneys' fees.

7. Accordingly, this Court has diversity jurisdiction over this matter in accordance with 28 U.S.C. § 1332(a)(1).

8. Moreover, in addition to diversity jurisdiction, this Court has federal question jurisdiction over this matter in accordance with 28 U.S.C. §1331 as Plaintiffs' Amended Complaint alleges a Trademark Infringement claim pursuant to federal trademark law, including the Lanham Act, 15 U.S.C. §1114.

9. The remaining claims in the Amended Complaint are defamation and intentional infliction of emotional distress, over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 because the claims are so-related to the Trademark Infringement claim.

10. Defendant files this Notice of Removal in accordance with 28 U.S.C. §1446.  The averments made herein are true and correct with respect to the date upon which the Original Complaint was filed and continuously through the date upon which this Notice is being filed.

11. Defendant is simultaneously with the filing of this Notice giving written notice to Plaintiffs through their attorney.  Defendant is also filing a copy of this Notice of Removal, and all attachments hereto, with the Prothonotary of the Court of Common Pleas of Lehigh County, Pennsylvania.

WHEREFORE, Defendant removes this Action from the Court of Common Pleas of Lehigh County, Pennsylvania to this Honorable Court pursuant to 28 U.S.C. §1446.

Dated:  July 17, 2024          Respectfully submitted,

                                    THE LAW OFFICE OF MICHAEL J. D'ANIELLO

BY: _____
        MICHAEL J. D'ANIELLO, ESQUIRE

THE LAW OFFICE OF MICHAEL J. D'ANIELLO
BY:  MICHAEL J. D'ANIELLO, ESQUIRE
ATTORNEY I.D. NO.  38362
EMAIL: michael@daniellolaw.com
BY:  JANINE D. MARTIN, ESQUIRE
ATTORNEY I.D. NO. 307224
EMAIL: janine@daniellolaw.com
509 SWEDE STREET
NORRISTOWN, PENNSYLVANIA 19401
(610) 270-8800                                              ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| JANE SCHUBERT and<br>MUHLENBERG COLLEGE | : **IN THE UNITED STATES DISTRICT COURT**<br>: **EASTERN DISTRICT OF PENNSYLVANIA** |
| Plaintiffs | : No. |
| v. | : |
| ALEXANDER ISINHUE | : |
| Defendant. | : |

### NOTICE TO PLAINTIFFS

TO:   Plaintiffs Jane Schubert and Muhlenberg College
        c/o Dennis M. McCarthy, Esq.
        645 Hamilton Street, Suite 510
        Allentown, PA 18101

   PLEASE TAKE NOTICE THAT Defendant Alexander Isinhue, by and through his undersigned counsel, has filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania regarding an action previously pending in the Court of Common Pleas in Lehigh County, Pennsylvania, No, 2023-C-2820, captioned *Jane Schubert and Muhlenberg College v. Alexander Isinhue.*

Dated:  July 17, 2024                    Respectfully submitted,

                                                      THE LAW OFFICE OF MICHAEL J. D'ANIELLO

                                       BY:_____
                                                      MICHAEL J. D'ANIELLO, ESQUIRE
                                                              Attorney for Defendant

THE LAW OFFICE OF MICHAEL J. D'ANIELLO
BY:  MICHAEL J. D'ANIELLO, ESQUIRE
ATTORNEY I.D. NO.  38362
EMAIL: michael@daniellolaw.com
BY: JANINE D. MARTIN, ESQUIRE
ATTORNEY I.D. NO. 307224
EMAIL: janine@daniellolaw.com
509 SWEDE STREET
NORRISTOWN, PENNSYLVANIA 19401
(610) 270-8800                                                          ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| JANE SCHUBERT and<br>MUHLENBERG COLLEGE | **: IN THE UNITED STATES DISTRICT COURT**<br>**: EASTERN DISTRICT OF PENNSYLVANIA**<br>: |
| Plaintiffs | : No. |
| v. | :<br>:<br>: |
| ALEXANDER ISINHUE | :<br>: |
| Defendant. | : |

## PROOF OF FILING

    I, Michael J. D'Aniello, Esq., hereby depose and affirm that I caused a true and correct copy of the Notice of Removal and all attachments to be filed with the Prothonotary for the Court of Common Pleas in Lehigh County, Pennsylvania.

Dated:  July 17, 2024                              Respectfully submitted,

                                              THE LAW OFFICE OF MICHAEL J. D'ANIELLO

                                       BY:_____
                                              MICHAEL J. D'ANIELLO, ESQUIRE
                                                  Attorney for Defendant

THE LAW OFFICE OF MICHAEL J. D'ANIELLO  
BY:  MICHAEL J. D'ANIELLO, ESQUIRE  
ATTORNEY I.D. NO.  38362  
EMAIL: michael@daniellolaw.com  
BY:  JANINE D. MARTIN, ESQUIRE  
ATTORNEY I.D. NO. 307224  
EMAIL: janine@daniellolaw.com  
509 SWEDE STREET  
NORRISTOWN, PENNSYLVANIA 19401  
(610) 270-8800                              ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| JANE SCHUBERT and | : **IN THE UNITED STATES DISTRICT COURT** |
| MUHLENBERG COLLEGE | : **EASTERN DISTRICT OF PENNSYLVANIA** |
| | : |
| Plaintiffs | : No. |
| | : |
| v. | : |
| | : |
| ALEXANDER ISINHUE | : |
| | : |
| Defendant. | : |

## PROOF OF FILING

I, Michael J. D'Aniello, Esq., hereby depose and affirm that I caused a true and correct copy of the Notice of Removal and all attachments to be served electronically on all counsel of record.

Dated:  July 17, 2024                   Respectfully submitted,

THE LAW OFFICE OF MICHAEL J. D'ANIELLO

BY:_____  
MICHAEL J. D'ANIELLO, ESQUIRE  
Attorney for Defendant

05/2023

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: **Muhlenberg College, 2400 Chew Street, Allentown, PA 18104**

Address of Defendant: **Alexander Isinhue, 5 Sommet, Newport Coast, CA 92657**

Place of Accident, Incident or Transaction: **Newport Coast, CA**

---

*RELATED CASE IF ANY:*
Case Number:_____ Judge:_____ Date Terminated_____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?   Yes ☐   No ☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐
4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☒ **is not** related to any now pending or within one year previously terminated action in this court except as note above.

DATE: _____   **38362**
     *Attorney-at-Law (Must sign above)*    *Attorney I.D. # (if applicable)*

---

**Civil** (Place a √ in one category only)

A. *Federal Question Cases:*
☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. All Other Federal Question Cases. *(Please specify)*:_____

B. *Diversity Jurisdiction Cases:*
☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☒ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*:_____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*_____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                                 *Attorney-at-Law (Sign here if applicable)*   *Attorney ID # (if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.