THE LAW OFFICE OF MICHAEL J. D'ANIELLO
BY:  MICHAEL J. D'ANIELLO, ESQUIRE
ATTORNEY I.D. NO.  38362
EMAIL: michael@daniellolaw.com
BY:  JANINE D. MARTIN, ESQUIRE
ATTORNEY I.D. NO. 307224
EMAIL: janine@daniellolaw.com
509 SWEDE STREET
NORRISTOWN, PENNSYLVANIA 19401
(610) 270-8800                                    ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| JANE SCHUBERT and | : **IN THE UNITED STATES DISTRICT COURT** |
| MUHLENBERG COLLEGE | : **EASTERN DISTRICT OF PENNSYLVANIA** |
| | : |
| Plaintiffs | : No. 24-cv-03145 |
| | : |
| v. | : |
| | : |
| ALEXANDER ISINHUE | : |
| | : |
| Defendant. | : |

## <u>PRAECIPE TO ATTACH</u>

TO THE CLERK:

Please attach the Amended Complaint attached to this Praecipe as Exhibit A to the Notice of Removal filed by Defendant in this matter.

Dated:  July 18, 2024                    Respectfully submitted,

THE LAW OFFICE OF MICHAEL J. D'ANIELLO

BY:_____
        MICHAEL J. D'ANIELLO, ESQUIRE
                Attorney for Defendant

# EXHIBIT A

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

## IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
### CIVIL DIVISION

| | |
|---|---|
| JANE SCHUBERT and MUHLENBERG COLLEGE, | NO: 2023-C-2820 |
| Plaintiffs | |
| v. | JURY TRIAL DEMANDED |
| ALEXANDER ISINHUE, | |
| Defendant | |

### NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following Complaint, you must take action within twenty (20) days after the Complaint and Notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you, and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property, or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CAN NOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY

1

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO
FEE.

LEHIGH COUNTY BAR ASSOCIATION
LAWYER REFERRAL SERVICE
1114 WALNUT STREET
ALLENTOWN, PA 18102

PHONE: 610-433-7094

DAVISON & McCARTHY, P.C.

Date: _6/5/2024_         By: _____
Dennis M. McCarthy, Esquire
PA. Atty. I.D. #73320
645 Hamilton St., Suite 510
Allentown, PA 18101
610.435.0450

Attorney for Plaintiffs
Jane Schubert and Muhlenberg College

373955

2

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

## IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
### CIVIL DIVISION

| | |
|---|---|
| JANE SCHUBERT and<br>MUHLENBERG COLLEGE, | NO: 2023-C-2820 |
| Plaintiffs | |
| v. | JURY TRIAL DEMANDED |
| ALEXANDER ISINHUE, | |
| Defendant | |

### AMENDED COMPLAINT

AND NOW comes, Jane Schubert and Muhlenberg College, by and through their attorneys, Davison & McCarthy, P.C., and hereby file this Amended Complaint and aver the following:

### PARTIES

1.     Plaintiff Jane Schubert ("Ms. Schubert") is an adult individual with an address c/o Muhlenberg College, 2400 Chew Street, Allentown, Lehigh County, PA 18104.

2.     Plaintiff Muhlenberg College (the "College" or "Muhlenberg") is a Pennsylvania nonprofit corporation with an address of 2400 Chew Street, Allentown, Lehigh County, PA 18104.

3.     Defendant, Alexander Isinhue, an adult individual with an address of 5 Sommet, Newport Coast, CA 92657.

### JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction of this claim on all or part of the causes of action, and injuries related thereto that have arisen in Lehigh County pursuant to 42 Pa. C.S.A. § 931. Furthermore, Lehigh County serves as the jurisdiction where a third party would reasonably have encountered the defamatory statements disseminated by the Defendant about the Plaintiffs

1

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

through various online platforms, including the Internet and social media. <u>Fox v. Smith,</u> 263 A.3d 555, 561 (Pa. 2021).

5.      Pursuant to Pa.R.C.P. 1006 and Pa.R.C.P. 2179, the Venue is correctly assigned to this Court. The underlying causes of action stem from transactions and occurrences that transpired within Lehigh County.

## BACKGROUND

6.      Muhlenberg is a highly selective, private, liberal arts college founded in 1848 in Allentown, Pennsylvania.   The College is dedicated to shaping creative, compassionate, collaborative citizens through rigorous academic programs in the arts, humanities, natural sciences and social sciences, as well as select pre-professional and graduate programs.

7.      Ms. Schubert is and has been employed by Muhlenberg since 1996.

8.      Ms. Schubert is currently the Executive Director for College Life Operations.  Prior to July 1, 2022, Ms. Schubert was the Associate Dean of Students and Director of Student Conduct at Muhlenberg College, a position she held for more than twenty years.

9.      Muhlenberg has earned and enjoys an excellent local and national reputation as an institution of higher learning, a corporate citizen of the Lehigh Valley and as an employer of an exceptional group of faculty, administrators and staff.

10.      Throughout her extensive tenure at Muhlenberg, Ms. Schubert has earned a reputation as a dedicated, professional and effective administrator who performed her duties as Associate Dean of Students and Director of Student Conduct with fairness and empathy, always prioritizing the well-being of both the students and the College.

11.      YouTube is an American online video-sharing and social media platform with its headquarters located in San Bruno, California, serving users worldwide.

2

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820   /s/KF

12.     On Friday, September 22, 2023, Muhlenberg became aware of a video that was posted on YouTube under the account name of "Muhlenberg News", with the URL https://youtu.be/hRXcFojWaqI?si=dR0sf41hfwk-Z65u and entitled "Jane Schubert of Muhlenberg College former associate dean of students has a dark secret" (the "First YouTube Video"). True and correct screenshots of the First YouTube Video are attached hereto, and incorporated herein, as Exhibit A.

13.     The First YouTube included specific factual written statements about Ms. Schubert overlaid onto an existing video (previously created by the College and shared with student-athletes) where Ms. Schubert is wearing Muhlenberg attire and positioned in front of a Muhlenberg banner. The factual written statements displayed in the First YouTube Video included, but are not limited to, the following:

   a) "This is Jane Schubert a Fat Pedophile Bitch She is Allentown's most wanted."

   b) "She USED to be associate [sic] dean of students, until she was demoted."

   c) "She is a sick toxic dumb c___."

   d) "Jane Schubert while as dean used to make students dance in her office without clothes on. She did this instead of disciplinary action and for her own sick pleasure. It was disgusting behavior on Jane's part. She should have been fired."

   e) "We reached out to Jane Schubert for comment. We were met with yelling and unprofessional behavior. Jane Schubert throughout the interaction DID NOT DENY THE ALLEGATIONS."

14.     The First YouTube Video was posted on YouTube on September 18, 2023. The First YouTube Video remains active and accessible on YouTube as of the filing of this Amended Complaint.

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

15.  As of the filing of this Amended Complaint, the First YouTube Video has more than 496 views.  The First YouTube Video has been viewed by multiple individuals within Muhlenberg including the President, Vice President for College Life, Vice President for Communications and Marketing along with others.

16.  On Sunday, October 8, 2023, Muhlenberg became aware of a second video that was posted on YouTube under the account name of "Muhlenberg News", with the URL https://www.youtube.com/watch?v=fBZ0svfIL8I and entitled "Karen Green comments on Jane Schubert for Muhlenberg College allegations" (the "Second YouTube Video").  True and correct screenshots of the Second YouTube Video are attached hereto, and incorporated herein, as Exhibit B.

17.  The Second YouTube Video included specific factual written statements about Ms. Schubert overlaid onto an existing video (previously created by the College and shared with student-athletes) where Ms. Schubert is wearing Muhlenberg attire and positioned in front of a Muhlenberg banner.  The factual written statements displayed in the Second YouTube Video included, but are not limited to, the following:

   a)  "Karen Green was asked to comment: Karen Green who was fired/force retired said Jane Schubert under her watch was awful. Karen believed the allegations to be true."

   b)  "Karen Further comments: Suppose you were a football player or soccer player who got in trouble. Jane would make you dance with her without a shirt."

   c)  "In case you missed out last video: Jane Schubert while as dean used to make students dance in her office without clothes on. She did this instead of disciplinary

4

action and for her own sick pleasure. It was disgusting behavior on Jane's part. She should have been fired."

18.    The Second YouTube Video was posted on YouTube on October 8, 2023.  The Second YouTube Video remains active and accessible on YouTube as of the filing of this Amended Complaint.

19.    As of the filing of this Amended Complaint, the Second YouTube Video has more than 184 views.  The Second YouTube Video has been viewed by multiple individuals within Muhlenberg including the President, Vice President for College Life, Vice President for Communications and Marketing along with others.

20.    On Sunday, November 5, 2023, Muhlenberg became aware of a third video that was posted on YouTube under the account name of "Muhlenberg News", with the URL https://www.youtube.com/watch?v=_mdcw906aeY and entitled "Allison Williams from Muhlenberg Dean of Students comments on Jane Schubert's demotion" (the "Third YouTube Video").  True and correct screenshots of the Third YouTube Video are attached hereto, and incorporated herein, as Exhibit C.

21.    The Third YouTube Video included specific factual written statements about Ms. Schubert overlaid onto an existing video (previously created by the College and shared with student-athletes) where Ms. Schubert is wearing Muhlenberg attire and positioned in front of a Muhlenberg banner.  The factual written statements displayed in the Third YouTube Video included, but are not limited to, the following:

    a)  "Allison Williams was asked for comment on Jane: She said 'Jane Schubert was a nightmare to work with. I tried to fire her, but she had tenure. I could only demote Jane.'"

5

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF

b) "Jane Schubert applied to be dean of students after Karen Green was fired/forced to retire. She was denied the position."

c) "We reached out to Jane Schubert for comment again. She did not deny the allegations against her. Instead more yelling and horrible behavior."

22.     The Third YouTube Video on was posted YouTube on November 3, 2023.  The Third YouTube Video remains active and accessible on YouTube as of the filing of this Amended Complaint.

23.     As of the filing of this Amended Complaint, the Third YouTube Video has more than 153 views.  The Third YouTube Video has been viewed by multiple individuals within Muhlenberg including the President, Vice President for College Life, Vice President for Communications and Marketing along with others.

24.     On Wednesday, February 7, 2024, Muhlenberg became aware of a fourth video that was posted on YouTube under the account name of "Muhlenberg News", with the URL https://www.youtube.com/watch?v=KfYGHYqjBf0 and entitled "Allentown PD is looking into sexual assaults allegations into Jane Schubert and Karen Green" (the "Fourth YouTube Video"). True and correct screenshots of the Fourth YouTube Video are attached hereto, and incorporated herein, as Exhibit D.

25.     The Fourth YouTube Video included specific factual written statements about Ms. Schubert overlaid onto an existing video (previously created by the College and shared with student-athletes) where Ms. Schubert is wearing Muhlenberg attire and positioned in front of a Muhlenberg banner.  The factual written statements displayed in the Fourth YouTube Video included, but are not limited to, the following:

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

a) "Amazing news! Allentown PD has opened an investigation into Jane Schubert. We have finished submitting all documents to Allentown PD to investigate."

b) "We wanted to send a big thank you for all your support. Without your support, none of this would be possible. Jane Schubert and those who helped should face the law!"

c) "Let's not forget who helped Jane Schubert get away with her disgusting behavior. Karen Green covered up allegations for students and victims who came forward. PD will look into her."

d) "Jane Schubert your victims will finally rest easy when you finally face consequences for your actions."

26.     The Fourth YouTube Video was posted on YouTube on February 7, 2024.  The Fourth YouTube Video remains active and accessible on YouTube as of the filing of this Amended Complaint.

27.     As of the filing of this Amended Complaint, the Fourth YouTube Video has more than 135 views.  The Fourth YouTube Video has been viewed by multiple individuals within Muhlenberg including the President, Vice President for College Life, Vice President for Communications and Marketing along with others.

28.     The First YouTube Video, the Second YouTube Video, the Third YouTube Video, and the Fourth YouTube Video are collectively referred to hereto as the "YouTube Videos".

29.     The First YouTube Video and the Second YouTube Video contained certain factual written statements about Muhlenberg – again superimposed over the video of Ms. Schubert - including, but not limited to "Muhlenberg bushed [sic] it under the rug. EVEN though many

7

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF

students came forward with credible allegations." In addition, the Fourth YouTube Video included the statement "Why did Muhlenberg demote her?" (the "Muhlenberg Statements").

30.     The YouTube Videos include the account name "Muhlenberg News," Muhlenberg's trademarked "M" logo and video where Ms. Schubert is wearing Muhlenberg attire and positioned in front of a Muhlenberg banner.

31.     On October 10, 2023, the Plaintiffs filed the original Complaint in this matter.

32.     At that time, the parties responsible for creating and posting the YouTube Videos were unknown and, thus, the Defendants were identified as "John Doe" and "John Doe 2".

33.     On October 12, 2023, the Plaintiffs filed a Petition for Leave of Court for the Issuance of Out-of-State Subpoenas for the Production of Documents and Things.

34.     By an Order dated November 22, 2023, this Court granted Plaintiffs permission to issue and serve out-of-state subpoenas for the production of documents and things upon YouTube, LLC and Google, LLC. See the Order attached hereto as Exhibit E.

35.     YouTube, LLC and Google LLC then responded to the subpoenas.

36.     Utilizing the information provided by YouTube, LLC and Google, LLC the Plaintiffs continued its investigation into who was responsible for creating and publishing the YouTube Videos.

37.     Based on this investigation, the Plaintiffs aver, upon information and belief, that Defendant Alexander Isinhue is the individual responsible for creating and posting the defamatory and unlawful YouTube Videos as set forth more fully below.

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

## COUNT I – DEFAMATION

(Plaintiff Jane Schubert v. Defendant Isinhue)

38.    Plaintiff Jane Schubert incorporates Paragraphs 1 through 37 of this Amended Complaint as though set forth herein at length.

39.    A statement is defamatory when the statement presents untrue facts tending to harm the reputation of another as to lower him, her or it in the estimation of the community or to deter third persons from associating or dealing with him, her or it. Bakare v. Pinnacle Health Hospitals, Inc., 469 F.Supp.2d 272 (M.D. Pa. 2006). Moreover, a statement is deemed to be defamatory if it tends to blacken a person's reputation or expose the person to public hatred, contempt, or ridicule, or injure the person in the person's business or profession. Mzamane v. Winfrey, 693 F. Supp. 2d 442, 257 Ed. Law Rep. 296 (E.D. Pa. 2010); Agriss v. Roadway Exp., Inc., 334 Pa. Super. 295, 483 A.2d 456 (1984).

40.    Defamation per se exists when statements impute (i) a criminal offense, (ii) a loathsome disease, (iii) business misconduct, or (iv) serious sexual misconduct. Cornell Companies, Inc. v. Borough of New Morgan, 512 F. Supp.2d 238 (E.D. Pa. 2007); Synygy, Inc. v. Scott-Levin, Inc., 51 F. Supp.2d 570 (E.D. Pa. 1999), judgment aff'd, 229 F.3d 1139 (3d Cir. 2000).

41.    Each of the statements regarding Ms. Schubert referred to in paragraphs 13, 17, 21, and 25 above (collectively the "Schubert Statements") are false and defamatory in that (i) they lower Ms. Schubert in the estimation of the community; (ii) they deter third persons from associating or dealing with Ms. Schubert; (iii) they tend to blacken Ms. Schubert's reputation and/or expose Ms. Schubert to public hatred, contempt, or ridicule and/or injure Ms. Schubert in

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

her business or profession; and/or (iv) they impute criminal offenses, business misconduct, or serious sexual misconduct on the part of Ms. Schubert.

42.     Defendant Isinhue published and circulated the Schubert Statements through the YouTube Videos that he posted on YouTube. The YouTube Videos collectively have been viewed to date more than 968 times.

43.     The Schubert Statements undeniably pertain and clearly apply to Ms. Schubert.

44.     Each individual viewing the YouTube Videos containing the Schubert Statements understands the defamatory meaning of each of the Schubert Statements and that they are intended to apply to Ms. Schubert.

45.     Ms. Schubert has incurred special harm and damages as a result of the publication of the Schubert Statements including, but not limited to, harm to her reputation and standing in the community, personal humiliation, as well as mental anguish and distress.

46.     Defendant Isinhue published the Schubert Statements with malice, intent and with knowledge of the falsity and defamatory character of each of the Schubert Statements.

47.     Defendant Isinhue's actions were characterized by an extreme level of recklessness, malice and willful disregard for the consequences.  His conduct was outrageous, wanton, and oppressive, displaying a clear intention to cause harm and a complete derogation of rights entitling Ms. Schubert to an award of punitive damages.

48.     Defendant Isinhue does not have any privilege that would permit the publication of the Schubert Statements.

49.     In the alternative, if Defendant Isinhue does have a privilege that would permit the publication of the Schubert Statements, such privilege has been abused by Defendant Isinhue.

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF

WHEREFORE, Plaintiff Jane Schubert requests that judgment be entered against Defendant Isinhue in an amount in excess of $50,000.00 plus punitive damages, attorneys' fees and costs of suit and all other damages and relief deemed justified by this Honorable Court.

## COUNT II – DEFAMATION

### (Plaintiff Muhlenberg College v. Defendant Isinhue)

50.   Plaintiff Muhlenberg College incorporates Paragraphs 1 through 49 of this Amended Complaint as though set forth herein at length.

51.   Given that the Schubert Statements were, in part, directed to Ms. Schubert's employment and position at the College, the Schubert Statements, along with the Muhlenberg Statements give rise to the instant cause of action by the College against the Defendant Isinhue.

52.   Both the Muhlenberg Statements and the Schubert Statements are false and defamatory in that (i) they lower the College in the estimation of the community; (ii) they deter third persons from associating or dealing with the College; (iii) they tend to blacken the College's reputation and/or expose the College to public hatred, contempt, or ridicule; and/or (iv) they impute business misconduct on the part of the College.

53.   Defendant Isinhue published and circulated the Muhlenberg Statements and the Schubert Statements through the YouTube Videos that he posted on YouTube. The YouTube Videos have been viewed to date more than 968 times.

54.   The Muhlenberg Statements and the Schubert Statements undeniably pertain and clearly apply to the College and to Ms. Schubert in her capacity as an employee of the College.

55.   Each individual viewing the YouTube Videos containing the Muhlenberg Statements and the Schubert Statements understands the defamatory meaning of each of the

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

Statements and that they are intended to apply to the College and to Ms. Schubert in her capacity as an employee of the College.

56.     Muhlenberg has incurred special harm and damages as a result of the publication of the Muhlenberg Statements and the Schubert Statements including, but not limited to, harm to its reputation and standing in the community.

57.     Defendant Isinhue published the Muhlenberg Statements and the Schubert Statements with malice, intent and with knowledge of the falsity and defamatory character of each of the Statements.

58.     Defendant Isinhue's actions were characterized by an extreme level of recklessness, malice and willful disregard for the consequences. His conduct was outrageous, wanton, and oppressive, displaying a clear intention to cause harm and a complete derogation of rights entitling Muhlenberg to an award of punitive damages.

59.     Defendant Isinhue does not have any privilege that would permit the publication of the Muhlenberg Statements or the Schubert Statements.

60.     In the alternative, if Defendant Isinhue does have a privilege that would permit the publication of the Muhlenberg Statements or the Schubert Statements, such privilege has been abused by Defendant Isinhue.

WHEREFORE, Plaintiff Muhlenberg College requests that judgment be entered against Defendant Isinhue in an amount in excess of $50,000.00 plus punitive damages, attorneys' fees and costs of suit and all other damages and relief deemed justified by this Honorable Court.

12

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

## COUNT III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(Plaintiff Jane Schubert v. Defendant Isinhue)

61.     Plaintiff Jane Schubert incorporates Paragraphs 1 through 60 of this Amended Complaint as though set forth herein at length.

62.     In accordance with Pennsylvania law, which adheres to the principles outlined in the Restatement (Second) of Torts, §46, the tort of intentional infliction of emotional distress occurs where a person, whose acts constitute extreme or outrageous conduct, intentionally inflicts severe emotional distress on another person. Hunger v. Grand Central Sanitation, 447 Pa.Super. 575, 583–584, 670 A.2d 173, 177 (1996). Conduct is considered "extreme or outrageous" where the conduct goes "beyond all possible bounds of decency, and [is] regarded as atrocious, and utterly intolerable in a civilized community." Hunger, 447 Pa.Super. at 584, 670 A.2d at 177 (quoting Restatement (Second) of Torts, § 46 comment (d)).

63.     The intentional creation and posting of the YouTube Videos on YouTube by Defendant Isinhue, featuring false, defamatory and damaging statements about Ms. Schubert, amounts to conduct that is not only extreme and outrageous but also egregiously beyond the standards of decency and civility expected in a civilized community.

64.     As a direct consequence of Defendant Isinhue's extreme, reckless, malicious and outrageous conduct, Ms. Schubert endured significant emotional distress, experiencing mental anguish, fear, anxiety, stress, anger, headaches, humiliation, and embarrassment.

WHEREFORE, Plaintiff Jane Schubert requests that judgment be entered against Defendant Isinhue in an amount in excess of $50,000.00 plus punitive damages, attorneys' fees and costs of suit and all other damages and relief deemed justified by this Honorable Court.

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

## COUNT IV – TRADEMARK INFRINGEMENT

(Plaintiff Muhlenberg College v. Defendant Isinhue)

65.     Plaintiff Muhlenberg College incorporates Paragraphs 1 through 64 of this Amended Complaint as though set forth herein at length.

66.     Trademark law, including the Lanham Act, protects a trademark owner's exclusive right to use their trademark. To establish trademark infringement for a registered mark under 15 U.S.C. §1114, a plaintiff must demonstrate three essential elements: (1) the possession of a valid and legally defensible mark; (2) rightful ownership of the mark; and (3) the defendant's use of the mark in identifying goods or services results in a likelihood of confusion. *See* A&H Sportswear, Inc. v. Victoria's Secret Stores, Inc., 237 F.3d 198 (3rd Cir. 2000), ComponentOne, L.L.C. v. Component Art, Inc., 2008 WL 4790661, at *5 (W.D. Pa. Oct. 27, 2008) (citing First Am. Mktg. Corp. v. Canella, 2004 WL 250537, at *2 (E.D. Pa. Jan. 26, 2004)).

67.     Muhlenberg holds several trademarks registered with the United States Patent and Trademark Office, as evidenced in Exhibit F attached hereto.

68.     The protected trademarks owned by Muhlenberg were prominently featured in the YouTube Videos created and posted by Defendant Isinhue starting on September 18, 2023 and they all remain active and accessible on YouTube as of the filing of this Amended Complaint.

69.     The use of the "M" logo, "Muhlenberg" and the URL, which subsequently directs to other Muhlenberg-endorsed videos, has the potential to create confusion among consumers regarding the Muhlenberg trademark.

70.     Pursuant to 15 U.S.C. §1117, when infringement is demonstrated to have occurred, the Court may exercise its discretion to award enhanced remedies, which could include up to three times the damages and profits, along with reasonable attorney fees.

14

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

WHEREFORE, Plaintiff Muhlenberg College requests that judgment be entered against Defendant Isinhue in an amount in excess of $50,000.00 plus injunctive relief, treble damages, punitive damages, attorneys' fees and costs of suit and all other damages and relief deemed justified by this Honorable Court.

Respectfully submitted,

DAVISON & McCARTHY, P.C.

By:

Dennis M. McCarthy, Esquire
PA ID #73320
645 Hamilton St., Suite 510
Allentown, PA 18101
610.435.0450

Attorney for Plaintiffs
Jane Schubert and Muhlenberg College

Date:   June 5, 2024

368290

15

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

## VERIFICATION

I, Jane Schubert, do hereby verify that the statements made in the attached Amended Complaint are true and correct to the best of my knowledge, information and belief. I understand that any false statements made herein are subject to the penalties of 18 Pa. C.S.A. § 4904, relating to unsworn falsification to authorities.

Dated: June ___3___, 2024

_____
Jane Schubert

373958

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

## IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
### CIVIL DIVISION

JANE SCHUBERT and
MUHLENBERG COLLEGE,

    Plaintiffs

    v.

ALEXANDER ISINHUE,

    Defendant

NO:  2023-C-2820

JURY TRIAL DEMANDED

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Respectfully Submitted
DAVISON & McCARTHY, P.C.

By: _____
Dennis M. McCarthy, Esquire
PA ID #73320

373956

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

# EXHIBIT "A"

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF



VIDEO 1

2

VIDEO 1

Jane Schubert while as dean used to make students dance in her office without clothes on. She did this instead of disciplinary action and for her own sick pleasure. It was disgusting behavior on Jane's part. She should have been fired. Muhlenberg bushed it under the rug. EVEN though many students came forward with credible allegations. We will bring you more on this. Stay tuned

More videos

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



VIDEO 1

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



VIDEO 1

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

# EXHIBIT "B"

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



This video constitutes a transformative and satirical work protected under the principles of fair use in copyright law. The content of this video has been created with the intention of parodying, commenting upon, and critiquing existing media, cultural, and social elements.

MUHLENBERG College

VIDEO 2

1

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



Karen Green was asked to comment:
Karen Green, who was fired/force
retired, said Jane Schubert, under her
watch, was lawful. Green believes the
dispatch was ...

VIDEO 2

2

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF



Karen Futher comments: Suppose you were a football player or soccer player who got in trouble. Jane would make you dance for her without a shirt.

VIDEO 2

3

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

VIDEO 2

In case you missed out last video: Jane Schubert while as dean used to make students dance in her office without clothes on. She did this instead of disciplinary action and for her own sick pleasure. It was disgusting behavior on Jane's part. She should have been fired. Muhlenberg bushed it under the rug. EVEN though many students came forward with credible allegations. We will bring you more on this. Stay tuned

4

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

# EXHIBIT "C"

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF



This video constitutes a transformative and satirical work protected under the principles of fair use in copyright law. The content of this video has been created with the intention of parodying, commenting upon, and critiquing existing media, cultural, and social elements.

VIDEO 3

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



Allison Williams was asked for comment on Jane. She said "Jane Schubert was a nightmare to work with. I tried to fire her, but she had tenure. I could only demote Jane.

VIDEO 3

2

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF



Jane Schubert applied to be dean of students after Karen Green was fired/forced to retire. She was denied the postion. Why did Muhlenberg demote her? We will investigate more! Stay tuned!

VIDEO 3

3

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

# EXHIBIT "D"

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF



VIDEO 4

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF



VIDEO 4

Amazing news! Allentown PD has opened an investigation into Jane Schubert. We have finished submitting all documents to Allentown PD to invesigate

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF



VIDEO 4

3

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



Let's not forget who helped Jane Schubert get away with her disgusting behavior. Karen Green covered up allegations for students and victims who came forward. PD will look into her

VIDEO 4

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF



VIDEO 4

5

368289

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

# EXHIBIT "E"

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
FILED 11/22/2023 10:28 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820   /s/JW

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL DIVISION

JANE SCHUBERT and

MUHLENBERG COLLEGE,

    Petitioners

   v.

JOHN DOE and JOHN DOE 2,

    Respondents

NO: 2023-C-2820

JURY TRIAL DEMANDED

## ORDER

AND NOW THIS 22nd day of November, 2023, upon consideration of the Petitioners' Petition for Leave of Court for Issuance of Out-Of-State Subpoenas for the Production of Documents and Things, it is hereby ORDERED that the Petition is GRANTED and the issuance and service of out-of-state subpoenas for production of documents and things on YouTube, LLC and its parent company Google, LLC in connection with this action is hereby authorized pursuant to Pa.R.C.P. 2005(f).

BY THE COURT

J.

356454

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF

# IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

## CIVIL COURT DIVISION

File No.: 2023-C-2820

Jane Schubert, Muhlenberg College
- VS -
John Doe, John Doe 2

Tort Slander - Libel - Defamation

Copies of this Order were e-mailed/mailed to all counsel of record and pro se litigants on 11/22/2023.

### 236 NOTICE

Pursuant to Pa.R.C.P. § 236, notice is hereby given that an order, decree, or judgment in the above captioned matter has been entered.

Michelle Graupner
Clerk of Judicial Records

**NOTICE:** All parties and counsel must maintain correct and current contact information, INCLUDING E-MAIL ADDRESSES, with the Clerk of Judicial Records Civil Division as well as through E-File & Serve.

John Doe
John Doe 2
Dennis M McCarthy, Esq      dmccarthy@davisonmccarthy.
com

No Known Address
No Known Address
Davison & McCarthy PC
Two City Center Suite 510
645 Hamilton St
Allentown PA 18101

CV15a

3

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820      /s/KF

# EXHIBIT "F"

Generated on: This page was generated by TSDR on 2023-08-07 11:03:55 EDT

Mark: M



US Serial Number: 86781598

US Registration S172376
Number:

Application Filing   Oct. 08, 2015
Date:

Filed as TEAS RF: Yes

Registration Date: Mar. 28, 2017

Register: Principal

Mark Type: Trademark, Service Mark

Currently TEAS RF: Yes

TMS Common Status
Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.

Status Date: Jul. 21, 2023

Publication Date:May 17, 2016Notice of Allowance Date:Jul. 12, 2016

## Mark Information

Mark Literal   M
Elements:

Standard Character   No
Claim:

Mark Drawing   5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM
Type:

Description of   The mark consists of the letter "M" in script style.
Mark

Color(s) Claimed:   Color is not claimed as a feature of the mark.

## Related Properties Information

Claimed Ownership   3253145, 3593112
of US
Registrations:

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisk *..* identify additional (new) wording in the goods/services.

For:   Metal rings and chains for keys

International   006 - Primary Class
Class(es):

U.S Class(es):   002, 012, 013, 014, 023, 025, 050

Class Status:   ACTIVE

Basis:   1(a)

First Use:   Sep. 15, 2015

Use In Commerce:   Sep. 15, 2015

For:   Printed publications, namely, booklets, notebooks, paper note tablets pamphlets, leaflets and bulletins all relating to news about

college faculty, students and activities on campus; pens, letter openers, note pad holders, agendas, date books, day planners, notebooks, stationery, bumper stickers, stickers and decals

International 016 - Primary Class
Class(es):

U.S Class(es): 002, 005, 022, 023, 029, 037, 038, 050

Class Status: ACTIVE

Basis: 1(a)

First Use: Sep. 15, 2015

For: Clothing, namely, polo shirts, tee shirts, sweatshirts, jackets, pants, baseball caps, bandanas, socks, knit caps, men's ties and flip-flops

Use In Commerce: Sep. 15, 2015

International 025 - Primary Class
Class(es):

U.S Class(es): 022, 039

Class Status: ACTIVE

Basis: 1(a)

First Use: Sep. 15, 2015

For: Educational services, namely, providing college level undergraduate courses of instruction, distributing course materials in connection therewith, and granting bachelor's degrees thereof; educational and training services, namely, conducting classes, seminars, lectures, and workshops at the college level for liberal arts; entertainment services in the nature of live music concerts, live stage performances in the nature of plays, and collegiate athletic events; training in the fields of baseball, football, basketball, tennis, cross-country, field hockey, soccer, volleyball, track and field, wrestling, cheerleading, golf, lacrosse, and softball; production of taped radio programs; and providing facilities for recreational activities, for educational conventions, movies, shows and plays

International 041 - Primary Class
Class(es):

U.S Class(es): 100, 101, 107

Class Status: ACTIVE

Basis: 1(a)

First Use: Sep. 15, 2015

Use In Commerce: Sep. 15, 2015

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: No | | Currently Use: Yes | |
| Filed ITU: Yes | | Currently ITU: No | |
| Filed 44D: No | | Currently 44E: No | |
| Filed 44E: No | | Currently 66A: No | |
| Filed 66A: No | | Currently No Basis: No | |
| Filed No Basis: No | | | |

## Current Owner(s) Information

Owner Name: MUHLENBERG COLLEGE

Owner Address: 2400 Chew Street
Allentown, PENNSYLVANIA UNITED STATES 18104

Legal Entity Type: CORPORATION

State or Country PENNSYLVANIA
Where Organized:

## Attorney/Correspondence Information

Attorney Name: Christiana Campbell

Attorney Primary ccampbell@duanemorris.com
Email Address:

Attorney of Record

Docket Number: L0943-00101

Attorney Email Yes
Authorized:

Correspondent Christiana Campbell
Name/Address: DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PENNSYLVANIA UNITED STATES 19103-4196

Phone: 215-979-1817

Correspondent

Correspondent e- ccampbell@duanemorris.com ldocketing@duane
mail: morris.com mlorada@duanemorris.com

Fax: 215-689-4910

Correspondent e- Yes
mail Authorized:

Domestic Representative - Not Found

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 21, 2023 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 21, 2023 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 17, 2023 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Mar. 10, 2023 | OFFICE ACTION ISSUED POU1 | |
| Mar. 10, 2023 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 81878 |
| Feb. 14, 2023 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 28, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | 81878 |
| Mar. 28, 2017 | REGISTERED-PRINCIPAL REGISTER | 81878 |
| Feb. 22, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 21, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jan. 31, 2017 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jan. 12, 2017 | USE AMENDMENT FILED | |
| Jan. 31, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jan. 12, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 12, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 74055 |
| May 17, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 74055 |
| May 17, 2016 | PUBLISHED FOR OPPOSITION | 74055 |
| Apr. 27, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 12, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Apr. 09, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 21, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 21, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68171 |
| Mar. 14, 2016 | ASSIGNED TO LIE | |
| Mar. 01, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 68171 |
| Jan. 28, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 68171 |
| Jan. 28, 2016 | NON-FINAL ACTION E-MAILED | 68171 |
| Jan. 28, 2016 | NON-FINAL ACTION WRITTEN | |
| Jan. 21, 2016 | ASSIGNED TO EXAMINER | 6325 |
| Oct. 15, 2015 | NOTICE OF PSEUDO MARK E-MAILED | 6325 |
| Oct. 14, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 72152 |
| Oct. 12, 2015 | NEW APPLICATION ENTERED | 72152 |

## TM Staff and Location Information

**TM Staff Information – None**

Current Location: TMO LAW OFFICE 114

File Location

Date in Location: Jul. 21, 2023

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF

Generated on: This page was generated by TSDR on 2023-08-07 11:05:41 EDT

Mark: M MUHLENBERG

US Serial Number: 86781877

US Registration 5266815
Number:

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Trademark, Service Mark

TMS Common Status
Descriptor:

Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Status Date: Aug. 15, 2017

Publication Date:May 17, 2016Notice of Allowance Date:Jul. 12, 2016

Application Filing  Oct. 08, 2015
Date:

Registration Date: Aug. 15, 2017

Currently TEAS RF: Yes

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Mark Information

Mark Literal  M MUHLENBERG
Elements:

Standard Character  No
Claim:

Mark Drawing  5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM
Type:

Description of  The mark consists of large script letter "M" followed by "Muhlenberg" under the letter "M".
Mark:

Color(s) Claimed:  Color is not claimed as a feature of the mark.

## Related Properties Information

Claimed Ownership  2564598, 3376554, 3604421
of US
Registrations:

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For:  Metal rings and chains for keys

International  006 - Primary Class
Class(es):

Class Status:  ACTIVE

Basis:  1(a)

First Use:  Sep. 15, 2015

U.S Class(es):  002, 012, 013, 014, 023, 025, 050

For:  Printed publications, namely, booklets, notebooks, paper note tablets pamphlets, leaflets and bulletins all relating to news about

Use in Commerce:  Sep. 15, 2015

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

International   016 - Primary Class
Class(es):

college faculty, students and activities on campus; pens, letter openers, note pad holders, agendas, date books, day planners, notebooks, stationery, bumper stickers, stickers and decals

Class Status: ACTIVE

Basis: 1(a)

U.S Class(es):   002, 005, 022, 023, 029, 037, 038, 050

First Use: Sep. 15, 2015

For: Clothing, namely, polo shirts, tee shirts, sweatshirts, jackets, pants, baseball caps, bandanas, socks, knit caps, men's ties and flip-flops

Use in Commerce:   Sep. 15, 2015

International   025 - Primary Class
Class(es):

Class Status: ACTIVE

Basis: 1(a)

U.S Class(es):   022, 039

First Use: Sep. 15, 2015

For: Educational services, namely, providing college level undergraduate courses of instruction, distributing course materials in connection therewith, end granting bachelor's degrees thereof; educational and training services, namely, conducting classes, seminars, lectures, and workshops at the college level for liberal arts; entertainment services in the nature of live music concerts, live stage performances in the nature of plays, and collegiate athletic events; training in the fields of baseball, football, basketball, tennis, cross-country, field hockey, soccer, volleyball, track and field, wrestling, cheerleading, golf, lacrosse, and softball; production of taped radio programs; and providing facilities for recreational activities, for educational conventions, movies, shows and plays; religious instruction service

Use In Commerce:   Sep. 13, 2015

International   041 - Primary Class
Class(es):

Class Status: ACTIVE

Basis: 1(a)

U.S Class(es):   100, 101, 107

First Use: Sep. 15, 2015

Use In Commerce:   Sep. 15, 2015

## Basis Information (Case Level)

| | |
|---|---|
| Filed Use: No | |
| Filed ITU: Yes | |
| Filed 44D: No | Currently Use: Yes |
| Filed 44E: No | Currently ITU: No |
| Filed 66A: No | Currently 44E: No |
| Filed No Basis: No | Currently 66A: No |
| | Currently No Basis: No |

## Current Owner(s) Information

Owner Name: MUHLENBERG COLLEGE

Owner Address: 2400 Chew Street
Allentown, PENNSYLVANIA UNITED STATES 18104

Legal Entity Type:  CORPORATION

State or Country   PENNSYLVANIA
Where Organized:

## Attorney/Correspondence Information

Attorney Name:  Maxim A. Voltchenko

Attorney Primary   Lfgould@duanemorris.com
Email Address:

Attorney of Record

Docket Number:   L0943-00103

Attorney Email   Yes
Authorized:

Correspondent
Name/Address:   MAXIM A. VOLTCHENKO
DUANE MORRIS LLP
30 S 17TH ST FL 5
PHILADELPHIA, PENNSYLVANIA UNITED STATES 19103-4196

Correspondent

Phone:  215-979-1282/1823

Correspondent e-   Lfgould@duanemorris.com Mavoltchenko@duane
mail:  morris.com

Fax:  215-979-1020

Correspondent e-   Yes
mail Authorized:

Domestic Representative - Not Found

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820     /s/KF

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 15, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 15, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 13, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 12, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 24, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 23, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 23, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 88889 |
| Feb. 06, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 88889 |
| Feb. 06, 2017 | NON-FINAL ACTION E-MAILED | |
| Feb. 06, 2017 | SU - NON-FINAL ACTION - WRITTEN | |
| Jan. 17, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 16, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 72152 |
| Jan. 12, 2017 | USE AMENDMENT FILED | |
| Jan. 16, 2017 | SOU EXTENSION 1 GRANTED | 69302 |
| Jan. 12, 2017 | SOU EXTENSION 1 FILED | 69302 |
| Jan. 16, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65302 |
| Jan. 12, 2017 | TEAS EXTENSION RECEIVED | 69302 |
| Jan. 12, 2017 | TEAS STATEMENT OF USE RECEIVED | 69302 |
| Jul. 12, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 17, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 17, 2016 | PUBLISHED FOR OPPOSITION | |
| Apr. 27, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 12, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Apr. 09, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 21, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68171 |
| Mar. 21, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 14, 2016 | ASSIGNED TO LIE | 68171 |
| Mar. 01, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 68171 |
| Jan. 28, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 68171 |
| Jan. 28, 2016 | NON-FINAL ACTION E-MAILED | |
| Jan. 28, 2016 | NON-FINAL ACTION WRITTEN | 6325 |
| Jan. 21, 2016 | ASSIGNED TO EXAMINER | 6325 |
| Oct. 14, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 72152 |
| Oct. 12, 2015 | NEW APPLICATION ENTERED | 72152 |

## TM Staff and Location Information

TM Staff Information - None

Current Location: PUBLICATION AND ISSUE SECTION

File Location

Date In Location: Jul. 12, 2017

FILED 6/5/2024 9:36 AM,Clerk of Judicial Records, Civil Division, Lehigh County, PA
2023-C-2820    /s/KF

## VERIFICATION

I, Allison Williams, as the Vice President for College Life and Dean of Students at Muhlenberg College and the authorized agent of Muhlenberg College, do hereby verify that the statements made in the attached Amended Complaint are true and correct to the best of my knowledge, information and belief. I understand that any false statements made herein are subject to the penalties of 18 Pa. C.S.A. § 4904, relating to unsworn falsification to authorities.

Dated: June 3, 2024

Allison Williams, Vice President for College Life
and Dean of Students at Muhlenberg College

373957