# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE SCHUBERT and MUHLENBERG COLLEGE, <br><br> Plaintiffs <br><br> v. <br><br> ALEXANDER ISINHUE, <br><br> Defendant | NO: 5:24-CV-03145 |

## NOTICE PURSUANT TO E.D.Pa. LOCAL RULE 7.1 (c)

Plaintiffs, Muhlenberg College and Jane Schubert hereby file this Notice of their intention to file a Second Amended Complaint per F.R.Civ.P. 15.

Date: 7/31/2024

Respectfully submitted,
DAVISON & McCARTHY, P.C.

By: _____
Timothy T. Stevens, Esquire
PA ID #60247
Two City Center
645 Hamilton Street, Suite 510
Allentown, PA 18101
610-435-0450

Attorneys for Plaintiffs,
Muhlenberg College and Jane Schubert

377536