IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE SCHUBERT and<br>MUHLENBERG COLLEGE,<br><br>    Plaintiffs<br><br>    v.<br><br>ALEXANDER ISINHUE,<br><br>    Defendant | NO: 5:24-CV-03145 |

**ORDER**

AND NOW, this 1st day of October, 2024 upon consideration of the Settlement Agreement and Mutual Release annexed hereto as Exhibit "1",

IT IS HEREBY ORDERED, that the said Settlement Agreement is hereby APPROVED and the terms and conditions are incorporated into this ORDER;

IT IS FURTHER ORDERED, pursuant to paragraph 6 of the Settlement Agreement that any dispute, claim or cause of action arising out of the Settlement Agreement shall be filed exclusively in the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED, that the above-captioned matter is HEREBY DISMISSED and marked SETTLED, DISCONTINUED and ENDED per F.R.Civ.P. 41.

BY THE COURT

/s/ Jeffrey L. Schmehl
The Honorable Jeffrey L. Schmehl

378604